IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ELIJAH DOWDLE**                                                                           **PLAINTIFF**

**v.**                                                           **CAUSE NO. 1:20cv135-LG-RPM**

**STONE COUNTY CORRECTIONAL**
**FACILITY, ET AL.**                                                               **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered herewith, the Court finds that this lawsuit should be dismissed.

**IT IS ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 25th day of August, 2020.

                                                  s/ *Louis Guirola, Jr.*
                                                LOUIS GUIROLA, JR.
                                                UNITED STATES DISTRICT JUDGE